**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

JUL 2 5 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                           DEPUTY

| | | |
|---|---|---|
| BLANCA AVALOS, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. 1:17-CV-00494-LY |
| | § | |
| ENRIQUE CHAVEZ, JR., | § | |
| ISAAC A. CORDERO, | § | |
| FELIX VALENZUELA, and | § | |
| OSCAR A. LARA, | § | |
|    Defendants. | § | |

## DEFENDANT ISAAC CORDERO'S
## MOTION TO PROCEED *PRO SE* AND FOR ELECTRONIC ACCESS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Defendant Isaac Cordero and respectfully moves the Court to permit him to proceed *pro se* and for permission to obtain electronic access to the instant case and respectfully shows the following:

On May 23, 2017, Plaintiff filed her Original Complaint.

On June 27, 2017, Defendant Isaac Cordero's waiver of service was filed, thereby making his answer due on July 27, 2017.

Although Defendant Isaac Cordero is admitted to practice in the Western District of Texas, he requests that the Court permit him to proceed *pro se* in this action because he was sued individually. Additionally, Defendant Isaac Cordero also requests that the Court grant him electronic access to the docket, in his *pro se* capacity.

### PRAYER

WHEREFORE, premises considered, Defendant Isaac Cordero respectfully requests that the Court grant the instant motion and permit him both to proceed *pro se* and electronic access.

Defendant also prays for all other relief to which he is entitled in both equity and law.

Respectfully submitted,

Isaac Cordero
7414 Mojave Dr.
El Paso, Texas 79915
(915) 598-6941

## CERTIFICATE OF SERVICE

I hereby certify that, on July 20, 2017, a true and correct copy of the foregoing instrument was served on all parties by the following:

Tracy Cluck:  tracy@tracyclucklawyer.com

Enrique Chavez:  chavezlawfirm@chavezlawpc.com

Felix Valenzuela: felixvalenzuela@gmail.com

Oscar Lara: vauger@rinconlawgroup.com

Isaac Cordero

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| BLANCA AVALOS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. 1:17-CV-00494-LY |
| | § | |
| ENRIQUE CHAVEZ, JR., | § | |
| ISAAC A. CORDERO, | § | |
| FELIX VALENZUELA, and | § | |
| OSCAR A. LARA, | § | |
|     Defendants. | § | |

## ORDER GRANTING MOTION TO PROCEED *PRO SE*
## AND FOR ELECTRONIC ACCESS

On this day, the Court considered Defendant Isaac Cordero's "Motion to Proceed *Pro Se* and for Electronic Access" (ECF No. ____), filed on July ___, 2017.  After due consideration of the Motion and any attendant responses, the Court is of the opinion that the Motion should be granted.

Accordingly, IT IS ORDERED that Defendant Isaac Cordero's "Motion to Proceed *Pro Se* and for Electronic Access" (ECF No. ____) is GRANTED.

IT IS FURTHER ORDERED that Defendant Isaac Cordero is granted permission to appear *pro se* on his own behalf.

IT IS FURTHER ORDERED that Defendant Isaac Cordero is granted electronic access to the instant case, in order to file documents electronically.

SO ORDERED.

SIGNED this _____ of _____, 2017

_____
UNITED STATES DISTRICT JUDGE